Ashwin Ladva, Esq. #206140
LADVA LAW FIRM
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Telephone: (415) 296-8844
Facsimile: (415) 296-8847
ladvalaw@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMI LENWEAVER,<br><br>Plaintiff,<br><br>v.<br><br>ALIMERA SCIENCES, INC., LAURA CEGALA, CHERIE HYDER and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-02069-EMC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[F.R.C.P. 41(a)(1)(ii)] |

1

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel of record, that the above-captioned action be dismissed in its entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), all parties to bear their own attorneys' fees and costs.

DATED: March 11, 2019           GORDON & REES

                                By: _____
                                Brad Weintraub, Esq.
                                Attorneys for Defendants


DATED: March 8, 2019            LADVA LAW FIRM

                                By: _____
                                Ashwin Ladva, Esq.
                                Attorneys for Plaintiff

DATED: March 11, 2019

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA